# United States Court of Appeals
## For the Eleventh Circuit

FILED
U.S. DIST...
MIDDLE ...CLERK'S OFFICE
2009 APR -2  2009 APR -1 AM 8:42  AM 8:28
Deputy Clerk
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

No. 07-10659

District Court Docket No.
02-00110-CV-CDL

| FILED |
| --- |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| Jul 2, 2008 |
| THOMAS K. KAHN |
| CLERK |

WILLIAM MARK MIZE,

Petitioner-Appellant,

versus

HILTON HALL, Warden,
Georgia Diagnostic and
Classification Prison,

Respondent-Appellee.

---

Appeal from the United States District Court
for the Middle District of Georgia

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: July 2, 2008
For the Court: Thomas K. Kahn, Clerk
By: Pope, Joyce

ISSUED AS MANDATE
MAR 3 0 2009
U.S. COURT OF APPEALS
ATLANTA, GA.

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit
By: _____
Deputy Clerk, Atlanta, Ga